IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 MAY -3 PM 4: 50
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| SHARON MABON, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 03-2879-D/P |
| MEMPHIS CITY GOVERNMENT, et al., | ) ) | |
| Defendants. | ) ) | |

**ORDER GRANTING THE CITY OF MEMPHIS' MOTION AND MEMORANDUM TO EXCEED THE MEMORANDUM PAGE LIMIT ESTABLISHED BY LOCAL RULE 7.2(e) FOR DEFENDANT'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

This matter is before the Court on the City of Memphis' Motion to Exceed the Memorandum Page Limit Established by Local Rule 7.2(e) for the City's Memorandum in Support of its Motion for Summary Judgment. After consideration of this motion and for good cause shown, the City of Memphis is permitted to exceed the page limitation established by local rule and file its memorandum, not to exceed thirty-five (35) pages in length.

IT IS SO ORDERED.

_____
JUDGE

May 3, 2005
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:03-CV-02879 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

Wanda Abioto
LAW OFFICE OF WANDA ABIOTO
1555 Madison Ave.
Memphis, TN 38104

Ricky E. Wilkins
LAW OFFICE OF RICKY E. WILKINS
119 S. Main St.
Ste. 700
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT